1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

TIMOTHY TAYLOR,

Defendant.

Case No.: 20CR1484-JLS

**ORDER CONTINUING
MOTION HEARING/TRIAL SETTING**

GOOD CAUSE EXISTING, IT IS HEREBY ORDERED that the joint motion to continue be GRANTED, and that defendant TIMOTHY TAYLOR's Motion Hearing/Trial Setting be continued from October 23, 2020 at 1:30 p.m. to November 20, 2020 at 1:30 p.m. Time is excluded under the Speedy Trial Act for the reasons set forth in the joint motion.

IT IS SO ORDERED.

Dated:  October 21, 2020

Hon. Janis L. Sammartino
United States District Judge