UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY TAYLOR,<br><br>Defendant. | Case No.: 20CR1484-JLS<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

GOOD CAUSE EXISTING, IT IS HEREBY ORDERED that the joint motion to continue be GRANTED, and that defendant TIMOTHY TAYLOR's Motion Hearing/Trial Setting be continued from November 20, 2020 at 1:30 p.m. to December 18, 2020 at 1:30 p.m.  Time is excluded under the Speedy Trial Act for the reasons set forth in the joint motion.

IT IS SO ORDERED.

Dated:  November 18, 2020

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge