UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20cr1484-JO |
| Plaintiff, | [PROPOSED] AMENDED ORDER OF CRIMINAL FORFEITURE |
| v. | |
| TIMOTHY TAYLOR, | |
| Defendant. | |

On December 9, 2021, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of TIMOTHY TAYLOR ("Defendant") approximately $961.00 in U.S. Currency and approximately $177.00 U.S. Currency pursuant to 21 U.S.C. § 853.

For thirty (30) consecutive days ending on August 5, 2022, the United States published on its forfeiture website, www.forfeiture.gov, notice of the Court's Order and the United States' intent to dispose of the approximately $961.00 in U.S. Currency and approximately $177.00 U.S. Currency in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and Rule G (4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and further notifying all third parties of their right to petition the Court within thirty

(30) days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the currency.

There were no potential third parties known to the United States to have alleged an interest in the forfeited U.S. currency. Therefore, no one was provided with direct notice of the forfeiture.

Thirty (30) days have passed following the final date of notice by publication and no third party has made a claim to or declared any interest in the forfeited currency.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title, and interest of TIMOTHY TAYLOR and any and all third parties in the approximately $961.00 in U.S. Currency and approximately $177.00 U.S. Currency are hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the Bureau of Alcohol Tobacco and Firearms shall dispose of the forfeited U.S. Currency according to law.

**IT IS SO ORDERED.**

DATED: 4/19/23

Hon. Jinsook Ohta
United States District Court Judge